UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CHILDREN'S HOSPITAL OF THE KING'S
DAUGHTERS, INC.,

    Plaintiff,

v.

THOMAS E. PRICE, M.D., in his
official capacity as SECRETARY OF
HEALTH AND HUMAN SERVICES,
*et al.*,

    Defendants.

Case No. 2:17-cv-00139-RBS-LRL

## ORDER

Upon consideration of the parties' Joint Motion to Convert the Court's Opinion and Order of June 20, 2017, Into a Final Judgment on Plaintiff's claims, and the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that final judgment on Plaintiff's claims be entered in favor of Plaintiff, for the reason set forth in the Court's opinion and order of June 20, 2017 (ECF No. 51).

This is a final appealable order.

                                              /s/
                                    Rebecca Beach Smith
                                        Chief Judge
                            UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

Entered: August 23, 2017

WE ASK FOR THIS:

THOMAS E. PRICE, M.D., Secretary of Health and Human Services
SEEMA VERMA, Administrator of the Centers for Medicare & Medicaid Services
THE CENTERS FOR MEDICARE & MEDICAID SERVICES
Defendants

DANA J. BOENTE
UNITED STATES ATTORNEY

By: /s/ Daniel P. Shean
Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Respondents
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: daniel.shean@usdoj.gov

SEEN AND AGREED:

CHILDREN'S HOSPITAL OF THE KING'S
DAUGHTERS, INCORPORATED
Plaintiff

By: _____
Stephen E. Noona, Esq.
Virginia State Bar No. 25367
Counsel for Plaintiff
Kaufman & Canoles, P.C.
150 W. Main St., Suite 2100
Norfolk, Virginia 23510
Phone: (757) 624-3000
Fax: (888) 360-9092
Email: senoona@kaufcan.com