FILED: July 23, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2237
(2:17-cv-00139-RBS-LRL)
_____

CHILDREN'S HOSPITAL OF THE KING'S DAUGHTERS, INCORPORATED

      Plaintiff - Appellee

v.

ALEX M. AZAR II, in his official capacity, Secretary, Department of Health and Human Services; SEEMA VERMA, in her official capacity, Administrator, Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES

      Defendants - Appellants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                          /s/ PATRICIA S. CONNOR, CLERK